# Handy's Estate.

Argued January 3, 1934. Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*E. Waring Wilson,* with him *Harry J. Alker, Jr.,* for appellant.

*Joseph Carson* and *R. M. Remick,* with them *Charles C. Perkins,* for appellee.

*William E. Mikell, Jr.,* and *R. M. Remick,* of *Saul, Ewing, Remick & Saul,* for appellees.

PER CURIAM, January 30, 1934:

The questions involved in this appeal are fully and correctly disposed of in the opinion of the court below by Judge GEST. The decree is affirmed on that opinion.